UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE WEST, JR., | NO. ED CV 09-1267 DMG (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| MICHAEL MARTEL, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:  March 20, 2013

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE